```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

MARION KLEKOTTA,

       Plaintiff,

v.                               Case No. 8:19-cv-530-T-33CPT

ETHICON, INC., ET AL.,

       Defendants.
_____/

## ORDER

This matter comes before the Court sua sponte. On April 18, 2019, this Court entered its Case Management and Scheduling Order containing the requirement that Plaintiff's counsel report to the Court the date, time, and location of the mediation with Rodney Max, Esq. by April 25, 2019. (Doc. # 31). The Court established January 17, 2020, as the deadline for conducting the mediation conference.

Plaintiff has failed to comply with the Case Management and Scheduling Order because counsel has not filed a Notice advising the Court of the date, time, and location of the mediation. Accordingly, Plaintiff shall by **May 3, 2019**, advise the Court of the date, time, and location of the mediation conference. Failure to comply with this Order will result in the entry of an order to show cause why this action should not be dismissed without prejudice for failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff shall, by **May 3, 2019,** advise the Court of the date, time, and location of the mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of April, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE